# LIPSKY LOWE LLP

## AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

March 9, 2018

**SO ORDERED:** 3/13/18

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Young v. Caleres, Inc., et al., 1:17-cv-7466 (AJN)

Dear Judge Nathan:

This firm represents the Plaintiff, and we submit this letter to respectfully request that Plaintiff's deadline to reopen the matter be extended by thirty (30) days from March 9 to April 9. (Dkt. No. 14). We make this request because, despite promising it in January, Defendants have yet to provide Plaintiff with the settlement agreement. This is despite repeated phone calls and emails from Plaintiff's counsel.

*So Ordered.*

This request, if granted, would not affect any other deadlines. Finally, it is unclear whether Defendants consent to this request. Defense counsel was advised via email on March 5 that this request would be made, but did not respond in any manner.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:   Michael J. Hassen (Via ECF)